# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANETTE L. MAYFIELD,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                        CASE NO. 5:01CV83-2-V

UNITED STATES OF AMERICA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 15, 2005, Order.

**Signed: December 16, 2005**

Frank G. Johns, Clerk
United States District Court