# United States District Court
# For The Western District of North Carolina
# Statesville Division

DANETTE L. MAYFIELD,

    Petitioner,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　CASE NO. 5:01CV83-2-V

UNITED STATES OF AMERICA,

    Respondent.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 26, 2007, Order.

    Signed: November 26, 2007

Frank G. Johns, Clerk
United States District Court