IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
DOCKET NO. 5:01CV83-V-02
(5:98CR164-11)

| | | |
|---|---|---|
| DANETTE MAYFIELD, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent | ) | |

**THIS MATTER** is before the Court upon counsel's "Motion for Special Admission of Brian PérezDaple." Upon careful consideration, the Court has determined, for the reasons stated therein, that the Motion should be granted. Therefore, pursuant to LCvR 83.1(D)(2), the Court will grant Mr. Pérez-Daple's request to represent Petitioner without requiring him to obtain local counsel.

**NOW, THEREFORE, IT IS ORDERED** that the "Motion for Special Admission of Brian Pérez-Daple" is **GRANTED**.

**SO ORDERED**.

Signed: August 31, 2009

Richard L. Voorhees
United States District Judge